```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


SPLADAE MOORE,                    )
                                  )   2:12-cv-02823-GEB-CKD
          Plaintiff,              )
                                  )
     v.                           )   ORDER
                                  )
ROBINSON ENTERPRISES, INC., a     )
California corporation, dba       )
ROBINSON PETROLEUM 201, and DOES  )
ONE through FIFTY, inclusive,     )
                                  )
          Defendants.             )
_____ )
SPLADAE MOORE,                    )
                                  )   2:12-cv-02885-KJM-AC
          Plaintiff,              )
                                  )
     v.                           )
                                  )
EXPRESS MART, INC., a California  )
corporation, dba EXPRESS MART     )
#7, ROBINSON ENTERPRISES, INC.,   )
a California corporation, and     )
DOES ONE through FIFTY,           )
inclusive,                        )
                                  )
          Defendants.             )
_____ )
```

On January 9, 2013, a Notice of Related Cases was filed concerning the above-captioned cases. (ECF No. 7.) However, examination of the actions does not indicate that their "assignment . . . to a single Judge is likely to effect a savings of judicial effort or

1

1  economies . . . ." E.D. Cal. R. 123(c). Therefore, the undersigned judge
2  declines to relate the actions.
3  Dated:  January 9, 2013

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```

2